1
2
3
4
5

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| DIEGO M. RODRIQUEZ,<br><br>                    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | C07-401 JPD<br><br>**MINUTE ORDER** |

The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

On March 21, 2007, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court. The parties were advised they had until June 4, 2007, to consent, if they wished.

In the interim, a Motion to Dismiss for Lack of Subject Matter Jurisdiction has been filed and noted for May 11, 2007. Accordingly, the following date is adjusted as follows:

1
2  Consent to Assignment to Magistrate Judge Donohue . . . . . . . . . . . . . . . . . . May 3, 2007
3
4       In the event the parties (or any party) choose not to consent, the case will be
5  reassigned to a District Judge.
6
7
8                                          Dated this 24th day of April, 2007
9
10                                         Bruce Rifkin
                                           Clerk of Court
11
12                                         by:  /s/  PETER H. VOELKER
                                                    Peter H. Voelker, Deputy Clerk
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28